## HIGGINS v. STATE.
### No. 20404.

Court of Criminal Appeals of Texas.
May 3, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

KRUEGER, Judge.

Conviction is for turkey theft; punishment is assessed at confinement in the state penitentiary for a term of 1 year.

902

The record is before us without bills of exceptions or statement of facts. The indictment is sufficient to charge the offense and procedural matters appear to be in due order.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.